Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| IBEW 76 HEALTH & WELFARE TRUST OF SOUTHWEST WASHINGTON, IBEW 76 ANNUITY PLAN, JOINT APPRENTICESHIP TRAINING COMMITTEE, IBEW PACIFIC COAST PENSION FUND and NATIONAL ELECTRICAL BENEFIT FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>E-Z ELECTRIC, INC. d/b/a E-Z ELECTRIC, INC. OF OREGON, a foreign corporation,<br><br>Defendant. | CAUSE NO.: C05-5430RBL<br><br>ORDER FOR DEFAULT JUDGMENT<br><br>**Clerk's Action Required** |

Plaintiffs IBEW 76 Health & Welfare Trust of Southwest Washington, IBEW 76 Annuity Plan, Joint Apprenticeship Training Committee, IBEW Pacific Coast Pension Fund and National Electrical Benefit Fund have moved the Court for Default Judgment against Defendant E-Z Electric, Inc. d/b/a E-Z Electric, Inc. of Oregon, a foreign corporation (Employer).

//

ORDER FOR DEFAULT JUDG
CASE NO. C05-5430RBL - PAGE 1 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

**SUMMARY OF JUDGMENT**

| | | | |
|---|---|---|---|
| 1. | Judgment Creditors: | IBEW 76 Health & Welfare Trust of Southwest Washington, IBEW 76 Annuity Plan, Joint Apprenticeship Training Committee, IBEW Pacific Coast Pension Fund and National Electrical Benefit Fund | |
| 2. | Judgment Debtor: | E-Z Electric, Inc. | |
| 3. | Contributions: | | $196,224.36 |
| 4. | Liquidated Damages: | | $39,244.87 |
| 5. | Interest to Date of Judgment: | | $86,855.72 |
| 6. | Costs: | | $318.52 |
| 7. | Audit Fee: | | $4,390.75 |
| 8. | Attorney's Fees: | | $3,095.25 |
| 9. | Post-Judgment Interest: | 12% per annum | |
| 10. | Attorney for Judgment Creditor: | Robert A. Bohrer, WSBA No. 5050  EKMAN, BOHRER & THULIN, P.S. | |

Pursuant to Plaintiff Trust Funds' Motion for an entry of Default Judgment against Defendant Employer and the Court having considered the pleadings on file, including the Order of Default entered on August 12, 2005, and otherwise being generally advised, it is hereby

**ORDERED** that Plaintiff Trust Funds be awarded a Default Judgment against Defendant Employer in the amount $330,129.47 representing contributions covering the period 2001 through 2002 in the amount $196,224.36, liquidated damages in the amount $39,244.87, interest in the amount $86,855.72, costs in the amount $318.52, Auditor's Fees in the amount $4,390.75, and attorney's fees in the amount $3,095.25, for a total amount owing of $330,129.47.

**IT IS FURTHER ORDERED** that such Default Judgment is deemed a final judgment pursuant to FRCP 54(c) and there is no just reason for delay in entry of such judgment on Plaintiff Trust Funds' claims herein.

ORDER FOR DEFAULT JUDG
CASE NO. C05-5430RBL - PAGE 2 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

1        **IT IS FURTHER ORDERED** that this Judgment shall accrue interest on the total
2    unpaid balance at the rate of 12% per annum, pursuant to the terms of the Trust Agreements to
3    which Employer is bound.

4    IT IS SO ORDERED this 21st day of December, 2005.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

s/Robert A. Bohrer
WSBA #5050
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
Seattle, WA  98119
Telephone: (206) 282-8221
Fax: (206) 285-4587
E-mail: r.bohrer@ekmanbohrer.com
Attorney for Plaintiff Trust Funds

S:\Collections\IBEW76-3376\Pleadings\2005\EZ Elec 3376 USDC Judg Order.doc

ORDER FOR DEFAULT JUDG
CASE NO. C05-5430RBL - PAGE 3 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587